Edgar Manukyan, Esq.
Email: edgar@manukyanlawfirm.com
MANUKYAN LAW FIRM, APC.
505 N. Brand Blvd. Suite 810
Glendale, CA 91203
Telephone: (818) 559-4444
Facsimile: (888) 746-4420

Attorneys for Plaintiff STEPHANIE REECE


GLENN L. BRIGGS (SBN 174497)
Email: gbriggs@kadingbriggs.com
KYMBERLEIGH DAMRON-HSIAO (SBN 240508)
Email: kdh@kadingbriggs.com
SARAH R. MOHAMMADI (SBN 295318)
Email: smohammadi@kadingbriggs.com
KADING BRIGGS LLP
100 Spectrum Center Drive, Suite 800
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
STAPLES CONTRACT & COMMERCIAL, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE REECE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STAPLES CONTRACT & COMMERCIAL, LLC., a Delaware Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00372-JAM-AC<br><br>**STIPULATION AND ORDER TO BRIEFLY EXTEND THE DISCOVERY CUT-OFF FOR THE LIMITED PURPOSE OF CONDUCTING CERTAIN DEPOSITIONS**<br><br><br>Complaint Filed: January 26, 2023 |

Plaintiff Stephaine Reece ("Plaintiff") and defendant Staples Contract & Commercial, LLC ("Staples") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate:

WHEREAS, throughout litigation, the Parties have collaborated in good faith to resolve all discovery disputes so as not to consume this Court's resources;

WHEREAS, the Parties are in the midst of negotiating a potential resolution that would obviate the need to expend time and resources on additional discovery;

WHEREAS, the Court has set a discovery cut-off date of August 2, 2024, but because of attorneys and third-party and party witnesses' scheduling conflicts, certain depositions need to take place after the discovery cut-off of August 2; and

WHEREAS, the Parties agree that neither will be prejudiced with a brief extension of the discovery cut-off for the sole purpose of conducting these limited depositions.

NOW THEREFORE, and subject to the Court's approval, the Parties stipulate that the Discovery Cut-Off date of August 2, 2024, be extended to August 27, 2024, for the sole purpose of conducting the depositions of third-party witnesses Abraham Moreno and Maria Tapia and a Person Most Knowledgeable designated by Staples for Topics 3 and 4.  All other discovery shall be closed effective August 2, 2024, consistent with the Court's Order.

///

| | | |
|---|---|---|
| 1 | DATED: July 25, 2024 | By: */s/Edgar Manukyan* |
| 2 | | EDGAR MANUKYAN |
| 3 | | Attorneys for Plaintiff<br>STEPHAINE REECE |
| 4 | | |
| 5 | DATED: July 25, 2024 | By: */s/Kymberleigh Damron-Hsiao* |
| 6 | | KYMBERLEIGH DAMRON-HSIAO |
| 7 | | Attorneys for Defendant<br>STAPLES CONTRACT & COMMERCIAL, LLC |

580395

3

STIPULATION BRIEFLY EXTENDING DISCOVERY CUT-OFF

# **ORDER**

The Court, having reviewed the parties' Stipulation to Briefly Extend the Discovery Cut-Off for the Limited Purpose of Conducting Certain Deposition, and good cause appearing therefor, hereby **GRANTS** the Parties' joint request and **EXTENDS** the current discovery cut-off date of August 2, 2024, to **August 27, 2024**, for the limited purpose of permitting the Parties to take the depositions of Abraham Moreno, Maria Tapia, and Staples' PMK (Topics 3 and 4).

IT IS SO ORDERED.

Dated: July 26, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE