1  Edgar Manukyan, Esq.
   Email: edgar@manukyanlawfirm.com
2  MANUKYAN LAW FIRM, APC.
   505 N. Brand Blvd. Suite 810
3  Glendale, CA 91203
   Telephone: (818) 559-4444
4  Facsimile: (888) 746-4420

5  Attorneys for Plaintiff STEPHANIE REECE

6
   GLENN L. BRIGGS (SBN 174497)
7  Email: gbriggs@kadingbriggs.com
   KYMBERLEIGH DAMRON-HSIAO (SBN 240508)
8  Email: kdh@kadingbriggs.com
   SARAH R. MOHAMMADI (SBN 295318)
9  Email: smohammadi@kadingbriggs.com
   KADING BRIGGS LLP
10 100 Spectrum Center Drive, Suite 800
   Irvine, California 92618
11 Telephone: (949) 450-8040
   Facsimile: (949) 450-8033
12
   Attorneys for Defendant
13 STAPLES CONTRACT & COMMERCIAL, LLC

14              **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  STEPHANIE REECE, an individual, | CASE NO.: 2:23-cv-00372-JAM-AC |
| 18             Plaintiff, | |
| 19       vs. | **STIPULATION TO ALLOW TWO VERY LIMITED AGREED-UPON DEPOSITIONS TO BE COMPLETED WITHIN 25 DAYS OF THE DISCOVERY CUT-OFF DATE (STILL 6 MONTHS BEFORE TRIAL) TO PERMIT THE PARTIES TO EXHAUST PROMISING SETTLEMENT DISCUSSIONS (ECF No. 15)** |
| 20  STAPLES CONTRACT & COMMERCIAL, LLC., a Delaware Limited Liability Company, and DOES 1 through 20, inclusive, | |
| 22             Defendants. | |
| | Complaint Filed: January 26, 2023 |

Plaintiff Stephanie Reece ("Plaintiff") and defendant Staples Contract & Commercial, LLC ("Staples") (collectively, the "Parties"), by and through their undersigned counsel, ***hereby inform the Court that they are very close to reaching a settlement***, but which has taken additional time not anticipated due to the unavailability of Staples' personnel, and therefore, to facilitate a settlement, they respectfully seek the Court's approval of the following stipulation to allow key limited discovery to be completed in the 25 days following the discovery cut-off date (such that the discovery still will be completed more than six months before the trial date):

WHEREAS, throughout litigation, the Parties have cooperated in good faith and have worked efficiently to insure that both sides obtain all desired discovery, including agreeing to their previous stipulation to primarily accommodate two non-party witnesses' schedules and redirect resources and time to settlement, which this Court approved on July 26, 2024;

WHEREAS, the Parties did not anticipate the additional time needed to advance settlement discussions to a resolution, but represent to this Court that they are very close to a settlement and that the Court similarly approving the requested relief herein from the discovery cut-off date for (i) the second day to complete Plaintiff's deposition, and (ii) a short two-topic 30(b)(6) deposition will greatly enhance the chance of settlement;

WHEREAS, the Parties agree that neither will be prejudiced allowing this discovery after the discovery cut-off for the sole purpose of conducting these limited depositions, ***and the Court should have no concerns that it will impact any other date as the Parties are committed to complete the remaining discovery by August 27, 2024, which is more than six months before the trial date***.

NOW THEREFORE, and subject to the Court's approval, the Parties stipulate that they may take the following discovery on or before August 27, 2024:

    (i)    The second day of Plaintiff's deposition necessary to complete it; and

    (ii)    A 30(b)(6) witness designated by Staples for Topics 1 and 2.

DATED: July 30, 2024        By: */s/Edgar Manukyan*
                                      EDGAR MANUKYAN

Attorneys for Plaintiff
STEPHAINE REECE

DATED: July 30, 2024        By: */s/Kymberleigh Damron-Hsiao*
                                      KYMBERLEIGH DAMRON-HSIAO

Attorneys for Defendant
STAPLES CONTRACT & COMMERCIAL, LLC

3
STIPULATION TO ALLOW LIMITED DEPOSITIONS AFTER DISCOVERY CUT-OFF FOR PURPOSES OF SETTLEMENT

# ORDER

The Court, having reviewed the parties' Stipulation to Allow Two Very Limited Agreed-Upon Depositions to be Completed within 25 Days of the Discovery Cut-Off Date (Still 6 Months Before Trial) to Permit the Parties to Exhaust Settlement Discussions, and good cause appearing therefor, hereby **GRANTS** the Parties' joint request and **EXTENDS** the current discovery cut-off date of August 2, 2024, to **August 27, 2024**, for the limited purpose of:

(iii) The second day of Plaintiff's deposition necessary to complete it; and

(iv) A 30(b)(6) designated by Staples for Topics 1 and 2.

IT IS SO ORDERED.

Dated: August 06, 2024      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE