1  Edgar Manukyan, Esq.
   Email: edgar@manukyanlawfirm.com
2  MANUKYAN LAW FIRM, APC.
   505 N. Brand Blvd. Suite 810
3  Glendale, CA 91203
   Telephone: (818) 559-4444
4  Facsimile: (888) 746-4420

5  Attorneys for Plaintiff STEPHANIE REECE

6

7  GLENN L. BRIGGS (SBN 174497)
   Email: gbriggs@kadingbriggs.com
   KYMBERLEIGH DAMRON-HSIAO (SBN 240508)
8  Email: kdh@kadingbriggs.com
   SARAH R. MOHAMMADI (SBN 295318)
9  Email: smohammadi@kadingbriggs.com
   KADING BRIGGS LLP
10 100 Spectrum Center Drive, Suite 800
   Irvine, California 92618
11 Telephone: (949) 450-8040
   Facsimile: (949) 450-8033

12
   Attorneys for Defendant
13 STAPLES CONTRACT & COMMERCIAL LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE REECE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STAPLES CONTRACT & COMMERCIAL, LLC., a Delaware Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00372-JAM-AC<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 26, 2023 |

TO THE COURT AND ITS CLERKS:

PLEASE TAKE NOTICE that plaintiff Stephaine Reece and defendant Staples Contract & Commercial LLC have reached a settlement that resolves this Action in its entirety. The Parties currently are negotiating a settlement agreement and anticipate that a Stipulation re: Dismissal will be filed within the next 45 days.

DATED:  August 15, 2024        By: */s/Edgar Manukyan*
                                    EDGAR MANUKYAN

                               Attorneys for Plaintiff
                               STEPHAINE REECE

DATED:  August 15, 2024        By: */s/Kymberleigh Damron-Hsiao*
                                    KYMBERLEIGH DAMRON-HSIAO

                               Attorneys for Defendant
                               STAPLES CONTRACT & COMMERCIAL, LLC