1  Edgar Manukyan, Esq.
   Email: edgar@manukyanlawfirm.com
2  MANUKYAN LAW FIRM, APC.
   505 N. Brand Blvd. Suite 810
3  Glendale, CA 91203
   Telephone: (818) 559-4444
4  Facsimile: (888) 746-4420

5  Attorneys for Plaintiff STEPHANIE REECE

6
   GLENN L. BRIGGS (SBN 174497)
7  Email: gbriggs@kadingbriggs.com
   KYMBERLEIGH DAMRON-HSIAO (SBN 240508)
8  Email: kdh@kadingbriggs.com
   SARAH R. MOHAMMADI (SBN 295318)
9  Email: smohammadi@kadingbriggs.com
   KADING BRIGGS LLP
10 100 Spectrum Center Drive, Suite 800
   Irvine, California 92618
11 Telephone: (949) 450-8040
   Facsimile: (949) 450-8033
12
   Attorneys for Defendant
13 STAPLES CONTRACT & COMMERCIAL LLC

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

| 17 | STEPHANIE REECE, an individual, | CASE NO.: 2:23-cv-00372-JAM-AC |
|---|---|---|
| 18 | Plaintiff, | |
| 19 | vs. | **STIPULATION OF DISMISSAL [FRCP 41(a)]** |
| 20 | STAPLES CONTRACT & COMMERCIAL, LLC., a Delaware Limited Liability Company, and DOES 1 through 20, inclusive, | **Order Dismissing Action with Prejudice** |
| 21 | | |
| 22 | Defendants. | Complaint Filed: January 26, 2023 |
| 23 | | |

583782

1

JOINT STIPULATION RE DISMISSAL

Plaintiff Stephaine Reece and defendant Staples Contract and Commercial LLC (collectively the "Parties") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Parties hereby further stipulate that the Court retain jurisdiction to enforce the terms of the settlement agreement.

DATED:  September 30, 2024        By: */s/Edgar Manukyan*
                                      EDGAR MANUKYAN

                                  Attorneys for Plaintiff
                                  STEPHAINE REECE

DATED:  September 30, 2024        By: */s/Kymberleigh Damron-Hsiao*
                                      KYMBERLEIGH DAMRON-HSIAO

                                  Attorneys for Defendant
                                  STAPLES CONTRACT & COMMERCIAL LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE REECE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STAPLES CONTRACT & COMMERCIAL, LLC., a Delaware Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00372-JAM-AC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 26, 2023 |

# **ORDER**

The Court, having considered the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that Case No. 2:23-cv-00372-JAM-AC be **DISMISSED** in its entirety **with prejudice**. The Court retains jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, to the extent necessary.

IT IS SO ORDERED.

Dated:  September 30, 2024            /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE